# SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

**AUG 2 5 2017**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF A SEARCH OF: ) | Case No. 3:17-mj-00043 |
| ) | |
| INFORMATION ASSOCIATED WITH ) | **UNDER SEAL** |
| DISCORD ID @VOLKER#9744 THAT IS ) | |
| STORED AT PREMISES CONTROLLED ) | |
| BY DISCORD AND/OR HAMMER & ) | |
| CHISEL, INC. ) | |

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

This warrant applies to information associated with Discord account: **@Volker#9744** that

is stored at premises owned, maintained, controlled, or operated by Discord and Hammer & Chisel,

Inc.