SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

AUG 2 5 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF A SEARCH OF: ) | Case No. 3:17-mj-00043 |
| ) | |
| INFORMATION ASSOCIATED WITH ) | |
| DISCORD ID @VOLKER#9744 THAT IS ) | **UNDER SEAL** |
| STORED AT PREMISES CONTROLLED ) | |
| BY DISCORD AND/OR HAMMER & ) | |
| CHISEL, INC. ) | |

ATTACHMENT B

ITEMS TO BE SEIZED

I.     **Information to be disclosed by Discord (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, including any messages, records, files, logs, or information that have been deleted but are still available to Discord, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Discord is required to disclose the following information to the government for each account listed in Attachment A:

(a) All identity and contact information, including full name, user ID, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

(b) The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

(c) All IP logs;

(d) All private messages sent or received by the user;

(e) All data and information associated with the profile page, including photographs, videos, music and other audio files, lists of personal interests and preferences,

1

    journals or web logs ("blogs"), bulletins, news feeds, links to other locations on the Internet, "About Me" entries, and comments;

(f) A list of all of the user's "friends" on Discord;

(g) All privacy and account settings;

(h) All information about the user's access and use of applications on Discord;

(i) All records pertaining to communications between Discord and any person regarding the user or the user's Discord account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 249 involving JAMES ALEX FIELDS including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Willfully causing bodily injury to any person, or through the use of a dangerous weapon attempting to cause bodily injury to any person, because of the actual or perceived race, color, religion, or national origin of any person,

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).